

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ALLIE BELL SNOWDEN,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CASE NUMBER: 07-709** |
| | ) |
| **AMERIQUEST MORTGAGE COMPANY,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

James D. Patterson requests this Honorable Court enter his name as additional counsel for Plaintiff in the above related causes.

_____

James D. Patterson (PATTJ6485)

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
Voice:   251.990.5558
Fax:      251.990.0626
jpatterson@alalaw.com