| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Evelyn Black*  ☑ Agent / ☐ Addressee<br>B. Received by (Printed Name): Evelyn Black   C. Date of Delivery: 10-12-0 |
| 1. Article Addressed to:<br><br>Ameriquest Mortgage Company<br>c/o National Registered Agents, Inc.<br>150 S Perry St<br>Montgomery AL 36104-4227 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0004 3936 1934 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15