

P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free (800) 430-5262
www.myamcloan.com

June 19, 2007

ALLIE BELL SNOWDEN
1800 BROOKWOOD DR
BREWTON, AL 36426-0000

Re:  Loan Number: ●●●●●●●●●
     Release # : 845159
     Property Address: **1800 BROOKWOOD DR, BREWTON, AL 36426-0000**

Dear Homeowner(s):

Enclosed, please find the original or copy of the recorded release/satisfaction/reconveyance which indicates that your loan has been satisfied.

AMC Mortgage Services, Inc. thanks you for the opportunity to service your loan and help with your financial goals. If you have additional questions or concerns, please contact Customer Care at (800) 430-5262, Monday through Friday, 6:00 a.m. to 6:00 p.m., Pacific Time.

Sincerely,

AMC Mortgage Services

Enclosures

LACOVERA-RC215

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island, and New Hampshire.

C

00200

Recording Requested By:
LANDAMERICA

And When Recorded Mail To:
LANDAMERICA
P.O. BOX 25088
SANTA ANA, CA 92799

STATE OF AL ESCAMBIA CO
CERTIFY THIS DOCUMENT

2007 JUN 12 A 9 38
BOOK 434
PAGE 200
RACHEL AGERTON
JUDGE OF PROBATE

_____ Space above for Recorder's use _____

Loan#: ▆▆▆▆▆    RLS#: 845159     +

### RELEASE OF MORTGAGE/DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS: That the undersigned for and in consideration of the payment of indebtedness secured and the cancellation of all the notes thereby secured and the sum of one dollar, the receipt whereof is hereby acknowledged, does hereby remise, release, satisfy, convey and quit claim unto: ALLIE BELL SNOWDEN, heirs, legal representatives, successors and/or assignees, and assigns all right, title, interest, claim, or demand whatsoever it may have acquired in, through or by a certain Mortgage/Deed of Trust bearing the date OCTOBER 12, 2005, and filed for the record in the County Recorder of ESCAMBIA, State of ALABAMA, as as Instrument No. ---, in Book No. 391, at Page No. 131-149 on NOVEMBER 30, 2005.
IN TESTIMONY WHEREOF, the said, AMERIQUEST MORTGAGE COMPANY, has caused these presents to be signed by its VICE PRESIDENT, Dated: MAY 16, 2007
AMERIQUEST MORTGAGE COMPANY

By: _____
    HAZELLE E. WEISSINGER, VICE PRESIDENT

State of    CALIFORNIA        }
County of   ORANGE            } ss.

On MAY 16, 2007, before me, IRIS B JENKINS, a Notary Public, personally appeared HAZELLE E. WEISSINGER personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
(Notary Name): IRIS B JENKINS

IRIS B. JENKINS
Comm. # 1449616
NOTARY PUBLIC - CALIFORNIA
Orange County
My Comm. Expires Nov. 4, 2007

PREPARED BY: LANDAMERICA, P.O. BOX 25088
             SANTA ANA, CA 92799
             (949) 885-4500
             MOHAMMAD ASHRAF - LANDAM