# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ALLIE BELL SNOWDEN,** | ) |
| Plaintiff(s) | ) |
| | ) CIVIL ACTION: 07-709-KD-M |
| vs. | ) |
| | ) |
| **AMERIQUEST MORTGAGE CO.,** | ) |
| | ) |
| Defendant(s) | ) |

## ORDER

On November 1, 2007, a motion to dismiss was filed by defendant, Ameriquest Mortgage Company, Inc.

A party opposing the motion must respond within 10 working days of receipt of the motion.[1] See Fed.R.Civ.P. 6. The response should include the legal arguments in opposition to the motion. This motion is being submitted without oral argument. See Fed.R.Civ.P. 78. If the Court determines that oral argument would be appropriate, it shall so advise the parties. See Fed.R.Civ.P. 6. Failure to file a timely response to a motion to dismiss could result in the granting of the motion and a dismissal of the action.

Done this the 2nd day of November, 2007.

        s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The court assumes that first class mail takes 3 working days to arrive. Thus, if the defendant sent the motion to the opposing party by mail, the court may take the matter under submission 13 working days after the motion is served by mail.