IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLIE BELL SNOWDEN | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 07-0709-KD-M |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) |
| Defendants | ) |

**ORDER**

This matter is before the Court on the plaintiff's motion to stay pending transfer of this action by the Multidistrict Litigation panel ("MDL") to the Northern District of Illinois (Doc. 9). In support thereof plaintiff has attached a copy of her notice of potential tag-along action filed with the MDL panel on October 18, 2007, requesting inclusion in MDL Case No. 1715, In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation. (Id.)

Any response to the motion should be filed on or before **November 16, 2007.** [1]

DONE and ORDERED this 7th day of November, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that there is a pending motion to dismiss filed in this action which appears to be best handled by the multidistrict litigation. However, the Court is giving defendant an opportunity to respond to plaintiff's request.