# ACC

October 15, 2007

Via Facsimile and U.S. Mail

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

Re:     Borrower:                                    Allie Bell Snowden
        Ameriquest Loan Number Ending In:            XXXXXX7369
        Property Address:                            1800 Brookwood Dr.
                                                     Brewton, AL 36426

Dear Mr. Patterson:

This letter is in response to your correspondence dated September 24, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings ("ACC") is the parent company of Ameriquest and is responding on its behalf. Please note that neither ACC nor Ameriquest is the servicer for this loan or the owner of the loan and cannot respond to your request for an account history, etc. and we forward your request to Citi Residential Lending, Inc for their independent response.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

We trust that this responds to your concerns.

Sincerely,

Gus McDaniel
Legal Department
ACC Capital Holdings

ACC CAPITAL HOLDINGS CORPORATION
11601 Town & Country Road, Suite 1200 • Orange, CA 92868 • phone: 714.558.5355 • fax: 714.564.9640