Loan Number:   0082326661 - 7381

5.   **EXECUTION OF DOCUMENTATION.**

5.1   Settlement Agent must verify the identity of all parties by requiring picture identification.

5.2   **Lender does not allow use of Power of Attorney.**

5.3   All Truth in Lending Disclosures must be signed prior to the Note, Mortgage or other legal documents.

5.4   All documents and riders must be signed exactly as the name typed.  Do not make any amendments, erasures, strikeouts, or additions to the documents without Lender's approval.  If possible, a deletion should be made by marking one line through the language to be deleted.  If approved, said amendments, additions and/or strikeouts must be initialed by all parties required to sign that document.  Pages of the Note and Mortgage, which do not contain an original signature, must be initialed by the Borrowers.  Obtain the initials of all appropriate parties on all other documents indicating the place for party initialing.

5.5   A notice of the consumer's right of rescission is required on all owner-occupied loans which are not for the initial purchase of the principal dwelling.  The Settlement Agent is hereby directed by the Lender to act as its agent in completing or amending the dates in the Notice of Right to Cancel.  The "date of transaction" is the date the Mortgage is signed by all Borrowers/Owners/Spouses entitled to rescind.  The date following "Not later than midnight of" must be three (3) business days from the date of the transaction.  For the purposes of calculating the third business day, count the first day after the date of closing and exclude Sundays and/or federal holidays and the date of funding.  All blanks must be completed or amended prior to signature.  Settlement Agent must contact the Lender to confirm that the appropriate dates are used.  **You must provide each Borrower, owner and any required spouse with two (2) copies of the One Week Cancellation Period and the Federal Notice of Right to Cancel and one (1) copy of the Federal Truth-in-Lending Disclosure Statement. The right of rescission may not be waived by any party.**  If any party indicates a desire to cancel the transaction or refuses to execute the "Receipt of Notice" section, contact the Lender immediately for further instructions.

5.6   Record the Warranty Deed and any other documents required to vest title in the Borrower. Lender requires a "Deed with Warranties".  Pay any recording fees and title expenses.  Record Mortgage.  Pay off, with loan proceeds if necessary, and obtain the release, discharge or reconveyance of all items shown on the Title Commitment.

5.7   Documents to be recorded in this transaction must be presented to the county recorder's office in the following order:

   a. Warranty Deed (if a change in vesting is occurring)
   b. Mortgage (with any Riders)
   c. Supporting documents required to be filed/recorded (if any).

   Settlement Agent must properly file the documents requested by Lender to be recorded, and obtain from Borrower and/or Seller the required filing fees.  Any Warranty Deed used in this transaction must be returned to the Borrower with a copy to the Lender.  The Mortgage must be returned after recording to the Lender.



0000008232666103074430704

895-4UNV (02/04)