IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALLIE BELL SNOWDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CASE NUMBER** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) ) ) | **1:07-cv-00709-KD-M** |
| | ) | |
| **Defendant.** | ) ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF AMERIQUEST MORTGAGE COMPANY**

The undersigned counsel of record for defendant Ameriquest Mortgage Company hereby certifies that the defendant's parent company is ACC Capital Holdings Corporation. No publicly held company owns 10% or more of Ameriquest Mortgage Company. The undersigned makes these representations in order for the Judges of this Court to evaluate possible disqualification or recusal.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

1620227 v1

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 14, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

        Earl P. Underwood, Jr., Esq.
        James D. Patterson, Esq.
        Law Offices of Earl P. Underwood, Jr.
        21 South Section Street
        P.O. Box 969
        Fairhope, Alabama 36533-0969

                s/ Stephen J. Bumgarner
                OF COUNSEL