## U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00709–KD–M

| | |
|---|---|
| Snowden v. Ameriquest Mortgage Company, Inc. | Date Filed: 10/05/2007 |
| Assigned to: Judge Kristi K. DuBose | Date Terminated: 12/05/2007 |
| Referred to: Magistrate Judge Bert W. Milling, Jr | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Allie Bell Snowden**   represented by   **Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company, Inc.**   represented by   **Stephen James Bumgarner**
Burr &Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205–458–5355
Fax: 205–244–5611
Email: sbumgarn@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2007 | "1 | COMPLAINT against Ameriquest Mortgage Company, Inc. ( Filing fee $350 receipt number 526195, Online Credit Card Payment), filed by Allie Bell Snowden. (Attachments: #1 Supplement Summons) (Underwood, Earl) Additional attachment(s) added on 10/9/2007 (cmj, ). (Entered: 10/05/2007) |
| 10/09/2007 | "2 | Summons Issued as to Ameriquest Mortgage Company, Inc.; mailed to attorney for service (cmj) (Entered: 10/09/2007) |

| | | |
|---|---|---|
| 10/11/2007 | " 3 | NOTICE of Appearance by James Donnie Patterson on behalf of Allie Bell Snowden (Patterson, James) (Entered: 10/11/2007) |
| 10/15/2007 | " 4 | RETURN OF SERVICE of Summons served 10/12/07 as to Ameriquest Mortgage Company, Inc. (Attachments: # 1 Exhibit Certified Mail Return Receipt) (Underwood, Earl) (Entered: 10/15/2007) |
| 10/16/2007 | " | Answer due from Ameriquest Mortgage Company, Inc. on 11/1/2007. (cmj) (Entered: 10/16/2007) |
| 11/01/2007 | " 5 | MOTION to Dismiss by Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 11/01/2007) |
| 11/01/2007 | " 6 | Brief re 5 MOTION to Dismiss. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Bumgarner, Stephen) (Entered: 11/01/2007) |
| 11/02/2007 | " 7 | PRELIMINARY SCHEDULING ORDER enteredRule 26 Meeting Report due by 12/17/2007.. Signed by Judge Bert W. Milling Jr. on 11/2/07. (Attachments: # 1 consent) (cmj) (Entered: 11/02/2007) |
| 11/02/2007 | " 8 | Order Setting Motion Deadline re: 5 MOTION to Dismiss filed by Ameriquest Mortgage Company, Inc. Responses due by 11/15/2007. Signed by Judge Kristi K. DuBose on 11/2/07. (cmj) (Entered: 11/02/2007) |
| 11/06/2007 | " 9 | MOTION to Stay re 5 MOTION to Dismiss by Allie Bell Snowden. (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 11/06/2007) |
| 11/07/2007 | " 10 | Order Setting Motion Deadline re: 9 MOTION to Stay re 5 MOTION to Dismiss filed by Allie Bell Snowden Responses due by 11/16/2007. Signed by Judge Kristi K. DuBose on 11/7/07. (cmj) (Entered: 11/07/2007) |
| 11/08/2007 | " 11 | RESPONSE in Opposition re 5 MOTION to Dismiss filed by Allie Bell Snowden. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Patterson, James) (Entered: 11/08/2007) |
| 11/14/2007 | " 12 | Disclosure Statement filed by Defendant Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 11/14/2007) |
| 11/15/2007 | " 13 | Document endorsed NOTED by Judge Bert W. Milling Jr.: Corporate Disclosure Statement 12 filed by Ameriquest Mortgage Company, Inc. (vlh) (Entered: 11/15/2007) |
| 11/16/2007 | " 14 | RESPONSE in Opposition re 9 MOTION to Stay re 5 MOTION to Dismiss filed by Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 11/16/2007) |
| 12/05/2007 | " 15 | Conditional Transfer Order (MDL) from requesting transfer of action. Entire case sent electronically to Northern District of Illinois, per instructions. (Attachments: # 1 Transfer Letter) (cmj) (Entered: 12/05/2007) |