**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Ameriquest Mortgage Co., | ) | |
| Mortgage Lending Practices Litigation. | ) | |
| | ) | |
| | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-CV-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Centralized before the Honorable |
| *Allie Snowden  v. Ameriquest* | ) | Marvin E. Aspen |
| *Mortgage Company, et al*; | ) | |
| Case No. 07 C 6711 | ) | |

<u>NOTICE OF OPTING-OUT OF CLASS ACTIONS</u>

The plaintiff in the following federal action hereby states that she opts-out of

participation in any pending class action lawsuit in this multidistrict litigation that may

relate to her:

*Allie Snowden  v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 07-cv-6711)

Respectfully submitted this 20th  day of December, 2007.

<u>/s/ Earl P. Underwood, Jr.</u>
Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558 (voice)
(251) 990-0626 (fax)
epunderwood@alalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 20th day of December, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner              Kenneth J. Riemer
Burr & Forman LLP                 Attorney at Law
3400 Wachovia Tower               P.O. Box 1206
420 North 20th Street             166 Government St.
Birmingham, AL 35203              Mobile AL 36633


I further certify that on this 20th day of December 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.